USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-2135 ROQUE A. ALICEA, Plaintiff, Appellant, v. COMMISSIONER OF SOCIAL SECURITY, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jose Antonio Fuste, U.S. District Judge] ___________________ ____________________ Before Boudin, Stahl and Lynch, Circuit Judges. ______________ ____________________ Fabio A. Roman-Garcia on brief for appellant. _____________________ Guillermo Gil, United States Attorney, Lilliam Mendoza-Torro, ______________ ______________________ Assistant United States Attorney, and Wayne G. Lewis, Assistant ________________ Regional Counsel, Social Security Administration, on brief for appellee. ____________________ FEBRUARY 4, 1997 ____________________ Per Curiam. Upon careful review of the record and the __________ briefs, we conclude that the credibility issue raised in this appeal was substantially and correctly addressed by the district court's Opinion and Order, dated July 31, 1997. Accordingly, we affirm the judgment for essentially the reasons stated in that Opinion and Order. We add only this comment. We find no reversible error in the appeals council's finding that "the medical evidence does not indicate clinical or laboratory findings showing a worsening of [claimant's] condition." Contrary to claimant's argument, the additional evidence about his increasing medications and doctor visits did not necessarily contradict that finding.  Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-